SCANNED

CIVIL DOCKET

UNITED STATES DISTRICT COURT

Jury demand date:

**2869**

D. C. Form No. 106 Rev.

| TITLE OF CASE | ATTORNEYS |
|---|---|
| ESSO RESEARCH AND ENGINEERING COMPANY,<br><br>Plaintiff,<br><br><br>vs. | For plaintiff: Paul N. Bowles<br>Stone, Bowles, Kauffelt & McDavid<br>P. O. Box 1386<br>Charleston, W. Va. 25325<br>Of Counsel: Thomas F. Reddy, Jr., S. Leslie Misrock, Paul E. O'Donnell, Jr.<br>Pennie,&Edmonds, ~~Morton, Taylor and Adams~~<br>330 Madison Ave. New York, N.Y. 10017<br><br>Lee Chasan, Esso Research and Engineering Company, P. O. Box 55, Linden, New Jersey 07036 |
| NOVAMONT CORPORATION,<br><br>Defendant. | For defendant:<br>Jackson N. Huddleston and Fred Adkins<br>Huddleston, Boley, Beatty, Porter & Copen<br>P. O. Box 2185<br>Huntington, W. Va. 25722<br>Telephone: 523-7424<br>Of Counsel:<br>George B. Finnegan, Jr. & John C. Vassil<br>Morgan, Finnegan, Durham & Pine<br>345 Park Avenue<br>New York, N. Y. 10022<br>Telephone: (212) 758-4800 |
| CHARLESTON NO. 71-73 | |

| STATISTICAL RECORD | COSTS | | DATE 1971 | NAME OR RECEIPT NO. | REC. | DISB. |
|---|---|---|---|---|---|---|
| J.S. 5 mailed | Clerk | | | (Filing Fee paid in Charleston) | | |
| J.S. 6 mailed | Marshal | | | | | |
| Basis of Action: | Docket fee | | | | | |
| | Witness fees | | | | | |
| Action arose at: | Depositions | | | | | |

2869. ESSO RESEARCH AND ENGINEERING COMPANY, Plaintiff,
vs.
NOVAMONT CORPORATION, Defendant.

| DATE | PROCEEDINGS — Complaint filed in Chas. 3-26-71 / Answer filed in Chas. 6-1-71 | Date Order or Judgment Noted |
|---|---|---|
| **1971** | | |
| July 17 | ORDER: Docketing case upon transfer from Charleston | COB 19, P. 111 |
| Sept. 3 | Filed Stipulation between counsel for Pltf to comply to Deft's. First Request for Production od Documents and Deft's. First Set of Interrogatories -- extended to Sept. 10, 1971. | |
| Sept. 7 | Stipulation by counsel for parties that Ptff. shall have to and including Oct. 1, 1971, to respond to Deft.'s First Request for Production of Documents, filed. | |
| Sept. 13 | Filed Pltf's. Answers and Objections to Deft's. Interrogatories - First Set. | |
| Oct. 4 | Filed Pltf's. Statement Re. Deft's. First Request for Production of Documents and Things for Inspection and Copying. | |
| Dec. 13 | Filed Pltf's. First Request for Production of Documents. | |
| Dec. 13 | Filed Pltf's. Interrogatories to Deft. - First Set. | |
| **1972** | | |
| Mar. 10 | ORDER, extending time for Deft. to respond or to answer Pltf's. First Set of Interrogatories to May 12, 1972, filed Stipulation Extending Time. | COB 20, P.134 |
| May 12 | ORDER, EXTENDING Time of Deft. to respond to Pltf's. Interrogatories extended to and including July 11, 1972, etc. Motion thereto. | COB 20, P.257 |
| July 10 | ORDER extending time for Deft. to respond or object to Pltf's. request for Production of Documents and to answer-extended to and including Aug. 11, 1972. Stipulation Extending Time attached. | COB 21, P.12 |
| Aug. 18 | Defendant's Answers to Certain of Plaintiff's First Set of Interrogatories, filed. | |
| Aug. 18 | Defendant's Objections to Certain of Plaintiff's First Set of Interrogatories, filed. | |
| Aug. 18 | Defendant's Response to Plaintiff's First Request for Production of Documents, filed. | |
| **1973** | | |
| Nov. 12 | Rec'd. Notice of change of name of law firm. Pennie, Edmonds, Morton, Taylor and Adams changed to Pennie & Edmonds. | |
| **1974** | | |
| July 5 | **Filed Stipulation of Dismissal and ENTERED ORDER thereon; dismissed without prejudice as to Deft. and also dismissed without prejudice as to Pltf. counterclaim; each party to bear own costs etc.** | **COB 26, P.109** |

CIVIL DOCKET
UNITED STATES DISTRICT COURT          Jury demand date:

CH-71--CA 73

D. C. Form No. 106A Rev.

| TITLE OF CASE | ATTORNEYS |
|---|---|
| ESSO RESEARCH AND ENGINEERING COMPANY,<br><br>VS<br><br>NOVAMONT CORPORATION, | For plaintiff:<br><br>Paul N. Bowles<br><br><br><br>For defendant:<br><br>Jackson N. Huddleston<br>900 First Huntington National Bank Bldg.<br>Huntington, W. Va. 25722 |

| STATISTICAL RECORD | COSTS | | DATE 1971 | NAME OR RECEIPT NO. | REC. | | DISB. | |
|---|---|---|---|---|---|---|---|---|
| J.S. 5 mailed | Clerk | | 3/26 | 56531 | 15 | 00 | | |
|  | | | 3-31 | U.S.Dep. #28 | | | 15 | 00 |
| J.S. 6 mailed | Marshal | | | | | | | |
| Basis of Action: | Docket fee | | | | | | | |
|  | Witness fees | | | | | | | |
| Action arose at: | Depositions | | | | | | | |

CA 71-73   Esso Research and Engineering Company v. Novamont Corporation

| DATE 1971 | PROCEEDINGS | Date Order Judgment N |
|---|---|---|
| Mar. 26 | Filed Complaint | |
| 26 | Issued summons and two copies          (Ret. 20 days) | |
| 26 | Filed Marshal's returns on summons      (served on State Auditor) | |
| Apr. 9 | Order extending time for defendant to answer to and including May 17, 1971   (COB 27, P. | |
| 16 | Filed Defendant's Notice to Take Depositions, with certificate of service | |
| May 12 | Order approving stipulation of counsel and extending time for defendant to file answer to and including June 1, 1971             (C.O.B. 27, P.        ) | |
| June 1 | Filed Answer of defendant with Counterclaim for delcaratory judgment and certificate of service | |
| 7 | Filed plaintiff's reply to counterclaim of defendant, with certificate of service | |
| 16 | Filed Notice of motion, with certificate of service thereon, and attached motion of defendant to transfer case to Huntington Docket | |
| June 29 | Filed defendant's first request for production of documents and things for inspection and copying, with certificate of service | |
| 29 | Filed defendant's first set of interrogatories to plaintiff, with certificate of service | |
| July 13 | Order, granting motion of defendant and transferring to Huntington docket; all papers and pleadings transferred to Huntington clerk.    (C.O.B. 28, P.       ) | Knapp |
| 13 | Received plaintiff's memorandum in opposition to defendant's motion to transfer action to Huntington docket. | |
| July 15 | Received letter from defense counsel in reply to defendant's brief. | |